UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN STANCIL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | ) Case No. CV 10-7142 SVW(JC)<br>)<br>)<br>) ORDER TO SHOW CAUSE RE<br>) DISMISSAL FOR FAILURE TO<br>) PROSECUTE<br>)<br>)<br>)<br>) |

　　On September 28, 2010, plaintiff Patricia Ann Stancil ("plaintiff"), who is proceeding *pro se*, filed a complaint in the above-captioned matter. On October 7, 2010, the Court issued a Case Management Order ("October") which directed plaintiff to serve the summons and complaint on defendant within 120 days of the filing of the complaint, *i.e.*, by January 26, 2011, in accordance with Rules 4(i) and 4(m) of the Federal Rules of Civil Procedure, by (1) serving the United States Attorney or his authorized agent personally at the United States Courthouse or by registered or certified mail addressed to the United States Attorney's Civil Process Clerk at the Office of the United States Attorney, Central District of California, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012; and (2) serving by registered or certified mail both the Commissioner of the Social Security Administration and the Attorney General of

the United States. <u>See</u> October Order ¶ 2. The October Order further directed plaintiff to file proofs of service by January 26, 2011. Finally, the October Order cautioned plaintiff that the failure to effectuate proper service by January 26, 2011, might result in the dismissal of the action without prejudice by reason of plaintiff's failure to prosecute unless plaintiff could show good cause for extending the time for service.

Although plaintiff's deadline to effectuate service and to file proofs of service expired on January 26, 2011, plaintiff has to date failed to file any proof of service.

Accordingly, IT IS HEREBY ORDERED that no later than February 10, 2011, plaintiff shall show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed based on lack of timely service, lack of prosecution, and/or failure to comply with the October Order.

IT IS SO ORDERED.

DATED: January 31, 2011

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE